UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT FRANKFORT

CIVIL ACTION NO. 3:17-CV-00057                                    ELECTRONICALLY FILED

HUMAN RIGHTS DEFENSE CENTER                                                      PLAINTIFF

v.                                          **STATUS REPORT**

RODNEY BALLARD, et al.                                                          DEFENDANTS

    Come the parties, by counsel, and submit this joint Status Report in compliance with the Order entered by this Court on May 2, 2018 (DN 31).

    At this time the parties have been unable to reach a settlement. While settlement is still a possibility, the parties are continuing with discovery, including depositions, in order to remain in compliance with the scheduling order entered by this Court.

    Respectfully submitted,

    */s/ Allison R. Brown*
    Allison R. Brown
    Department of Corrections
    Office of Legal Services
    P.O. Box 2400
    Frankfort, KY 40602-2400
    Phone: (502) 564-4726 Ext. 22336
    Fax: (502) 564-5037
    E-Mail: allison.brown@ky.gov
    Counsel for Defendants


    */s/ Gregory Belzley*
    Gregory A. Belzley
    Belzley Bathurst Attorneys
    P.O. Box 278
    Prospect, KY 40059
    Telephone: (502) 292-2452
    gbelzley@aol.com

    Bruce E.H. Johnson, WA Bar #7667*
    Davis Wright Tremaine LLP
    1201 Third Avenue, Suite 2200

Seattle, WA 98101
Telephone: (206) 757-8069
brucejohnson@dwt.com

Sabarish Neelakanta, FL Bar #26623*
sneelakanta@hrdc-law.org
Masimba Mutamba, FL Bar #102772*
mmutamba@hrdc-law.org
Daniel Marshall, FL Bar # 617210*
dmarshall@hrdc-law.org
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
Lake Worth, FL 33460
Telephone: (561) 360-2523
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2018, I electronically filed this document with the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*/s/ Allison R. Brown*

COUNSEL FOR DEFENDANTS