UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| HUMAN RIGHTS DEFENSE CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:17-CV-00057-GFVT |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| RODNEY BALLARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court on the Parties' Joint Motion to Dismiss. [R. 62.] The Parties agree that the case has been settled by way of a Settlement Agreement of Injunctive Claims [R. 50-1] and a Settlement Agreement of Damages Claim. [R. 62-1.] The Parties request that the Court retain jurisdiction to enforce the terms of these settlements. *See Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994). Additionally, the Parties indicate that the issue of attorneys' fees, costs, and expenses remains unresolved. Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Court shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement of Injunctive Claims [R. 50-1] and the Settlement Agreement of Damages Claim [R. 62-1];

2. The Court retains jurisdiction to address the issue of attorneys' fees, costs, and expenses due pursuant to 42 U.S.C. § 1988.

3. Except as provided in paragraphs 1 and 2, above, the claims for damages and declaratory relief are **DISMISSED WITH PREJUDICE**.

This the 17th day of July, 2019.

Gregory F. Van Tatenhove
United States District Judge